Argued February 1, affirmed February 1, petition for rehearing denied March 2, petition for review denied June 12, 1973

STATE OF OREGON, *Respondent, v.* WILLIAM DEAN WELLS (No. 72-287-C), *Appellant.*

505 P2d 354

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Richard K. Lane,* Deputy District Attorney, Grants Pass, argued the cause for respondent. With him on the brief was Robert M. Burrows, District Attorney, Grants Pass.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.